# EXHIBIT B

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 v. Delmonte ("Defendant")**

| Claim | Evidence |
|---|---|
| 1. A method comprising: | Defendant (Delmonte) provides a QR code associated with the website of Delmonte.<br><br>Source: http://www.evolvedmommy.com/qr-code/ |



Source: Screenshot taken from smartphone

| | |
|---|---|
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | The Defendant uses the camera i.e, the part of the portable electronic device (smartphone) that captures the digital image.<br><br> <br><br>Source: http://www.evolvedmommy.com/qr-code/<br>Source: Screenshot taken from Smartphone |

| | |
|---|---|
| b) detecting symbology associated with an object within the digital image using a portable electronic device; | The Defendant uses a portable electronic device (Smartphone or tablet) to detect symbology (e.g., pattern of QR code) associated with the website of Delmonte.<br><br> <br><br>Source: Screenshot taken from Smartphone |

4

| | |
|---|---|
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | Defendant decodes the symbology (i.e., QR code pattern) to obtain a decode string (i.e. hyperlink) using the visual detection application residing in the portable electronic device (i.e., Smartphone).<br><br>For example, the Smartphone decodes the QR code on the object image captured from the Smartphone camera to obtain a decoded hyperlink.<br><br>  |

  

**QR Code**  **Scan**  **Decode**

Source: Actual usage of product.
Source: Screenshot taken from Smartphone

6

| d) sending the decode string to a remote server for processing; | The Defendant sends the decoded string to a remote server for processing. For example, the Smartphone sends the information associated with the QR code to the Delmonte server.  Source: Screenshot taken from Smartphone |
|---|---|

| | |
|---|---|
| e) receiving information about the object from the remote server wherein the information is based on the decode string of the object; | After clicking on the hyperlink that is obtained by scanning the QR code associated with the Delmonte website the smartphone receives the information and directly go to website.<br><br> <br><br>Source: Screenshot taken from Smartphone |

| | |
|---|---|
| f) displaying the information on a display device associated with the portable electronic device. | The Defendant sends the decode string to a remote server for processing. The information is received and it is displayed on the display associated with the Smartphone as shown below.<br><br><br><br>Source: Screenshot taken from Smartphone |