# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Symbology Innovations LLC, | : |
| | : Case No. 2:19-cv-05407 |
| Plaintiff, | : |
| | : Judge Morrison |
| v. | : |
| | : Chief Magistrate Judge Deavers |
| Fresh Del Monte Produce Inc., | : |
| | : |
| Defendant. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Now comes Defendant Fresh Del Monte Produce Inc. ("Del Monte") and Plaintiff Symbology Innovations LLC ("Symbology"), by and through their respective undersigned counsel, who respectfully give notice that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff dismisses all claims against Defendant with prejudice.

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Muson Street, N.W.
Canton, Ohio 44718
Phone: (330) 244-1174
Fax: (330) 244-1173
Howard.Wernow@sswip.com
*Counsel for Plaintiff*

*/s/ Jonathan R. Secrest*
Jonathan R. Secrest (0075445)
DICKINSON WRIGHT PLLC
150 East Gay Street, 24th Floor
Columbus, Ohio 43215
Phone: (614) 744-2572
Fax: (844) 670-6009
jsecrest@dickinson-wright.com

*/s/ H. Jonathan Redway*
H. Jonathan Redway (Pro Hac Vice forthcoming)
DICKINSON WRIGHT PLLC
International Square
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
Phone: (202) 659-6946
Fax: (844) 670-6009
jredway@dickinson-wright.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on May 4, 2020. Parties may access the foregoing through the Court's system.

>*/s/ Jonathan R. Secrest*
>Jonathan R. Secrest (0075445)